368 A.2d 269

COMMONWEALTH of Pennsylvania,
Appellant,

v.

Raymond J. MARCOZZI.

Supreme Court of Pennsylvania.

Submitted Jan. 18, 1977.

Argued April 28, 1977.

David J. Brightbill, Asst. Dist. Atty., John L. Heaton, Asst. Atty. Gen., for appellant.

Harry W. Reed, Jr., Lebanon, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM:

The order in the above captioned appeal is vacated and the case is remanded to the Court of Common Pleas of Lebanon County for consideration in light of *Commonwealth v. Levesque,* 469 Pa. 118, 364 A.2d 932 (1976). See also, *Commonwealth v. Guerry,* 469 Pa. 20, 364 A.2d 700 (1976).

JONES, former C. J., did not participate in the decision or consideration of this case.